Shanny J. Lee, Calif. Bar No. 213599
Law Offices of Harry J. Binder
and Charles E. Binder, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868
Phone (714) 564-8640
Fax   (714) 940-0311
Email shannyjlee@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA L. NICHOLSON, | ) No. 12-CV-00423-BAM |
| | ) |
| PLAINTIFF, | ) |
| | ) STIPULATION AND ORDER EXTENDING |
| v. | ) TIME FOR PLAINTIFF TO FILE |
| | ) OPENING BRIEF |
| MICHAEL J. ASTRUE, | ) |
| | ) |
| Commissioner of Social | ) |
| | ) |
| Security, | ) |
| | ) |
| DEFENDANT. | |

The parties hereby stipulate by counsel, subject to the approval of the court, that Plaintiff shall have a FIRST extension of time of 30 days to file Opening Brief up to and including December 4, 2012. This extension is being sought because the undersigned counsel for the Plaintiff has experienced a significant increase in workload and scheduling issues. Given this situation, Counsel respectfully requests that 30 additional days are necessary in order to complete the Opening Brief.

Additionally, the parties hereby stipulate by counsel, subject to the approval of the court, that Defendant shall have a FIRST

1  extension of time of 45 days to file Responsive Brief up to an
2  including January 18, 2013. This extension is being sought
3  because the undersigned counsel for the Defendant will be on
4  vacation and faces additional deadlines. Given this situation,
5  Counsel respectfully requests that 45 additional days are
6  necessary in order to complete the Responsive Brief, in light of
7  Plaintiff's proposed deadline of December 4, 2012.
8
9  The parties further stipulate that the Court's Scheduling Order
10 shall be modified accordingly.
11
12                                 Respectfully submitted,
13 DATED: November 1, 2012         BENJAMIN B. WAGNER
                                   United States Attorney
14                                 DONNA L. CALVERT
15                                 Acting Regional Chief Counsel,
                                   Region IX
16                                 Social Security Administration
                                    /s/ Mary Beth O'Connor*
17                                 MARY BETH O'CONNOR
18                                 Special Assistant US Attorney
                                   [*By email authorization on
19                                 November 1, 2012]
                                   Attorneys for Defendant
20
21 DATED: November 1, 2012         LAW OFFICES OF BINDER AND BINDER
22                                  /s/ Shanny J. Lee
                                   SHANNY J. LEE
23                                 Attorneys for Plaintiff
24
25
26
27
28

Extension of Time to File Opening Brief

- 2

**Order**

    Based on the Stipulation of the parties, and for good cause shown, Plaintiff shall have up to and including December 4, 2012 to file her opening brief.  Additionally, Defendant shall have up to and including January 18, 2013 to file his responsive brief.

IT IS SO ORDERED.

    Dated:   **November 5, 2012**          /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE