1 Shanny J. Lee, Calif. Bar No. 213599
Law Offices of Harry J. Binder
2 and Charles E. Binder, P.C.
770 The City Drive South Suite 2000
3 Orange, CA 92868
Phone (714) 564-8640
4 Fax   (714) 940-0311
Email shannyjlee@gmail.com
5
Attorney for Plaintiff
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 DEBRA L. NICHOLSON,           ) No. 12-CV-00423-BAM
                                 )
11          PLAINTIFF,            )
                                 ) STIPULATION AND ORDER EXTENDING
12     v.                        ) TIME FOR PLAINTIFF TO FILE
                                 ) OPENING BRIEF
13 MICHAEL J. ASTRUE,            )
                                 )
14 Commissioner of Social        )
                                 )
15 Security,                     )
                                 )
16          DEFENDANT.

17
   _____
18

19     The parties hereby stipulate by counsel, subject to the

20 approval of the court, that Plaintiff shall have a FIRST

21 extension of time of 30 days to file Opening Brief up to and

22 including December 4, 2012. This extension is being sought

23 because the undersigned counsel for the Plaintiff has

24 experienced a significant increase in workload and scheduling

25 issues. Given this situation, Counsel respectfully requests that

26 30 additional days are necessary in order to complete the

27 Opening Brief.

28 Additionally, the parties hereby stipulate by counsel, subject
to the approval of the court, that Defendant shall have a FIRST

1  extension of time of 45 days to file Responsive Brief up to an
2  including January 18, 2013. This extension is being sought
3  because the undersigned counsel for the Defendant will be on
4  vacation and faces additional deadlines. Given this situation,
5  Counsel respectfully requests that 45 additional days are
6  necessary in order to complete the Responsive Brief, in light of
7  Plaintiff's proposed deadline of December 4, 2012.

9  The parties further stipulate that the Court's Scheduling Order
10 shall be modified accordingly.

                                    Respectfully submitted,

DATED: November 1, 2012             BENJAMIN B. WAGNER
                                    United States Attorney
                                    DONNA L. CALVERT
                                    Acting Regional Chief Counsel,
                                    Region IX
                                    Social Security Administration
                                     /s/ Mary Beth O'Connor*
                                    MARY BETH O'CONNOR
                                    Special Assistant US Attorney
                                    [*By email authorization on
                                    November 1, 2012]
                                    Attorneys for Defendant

DATED: November 1, 2012             LAW OFFICES OF BINDER AND BINDER

                                     /s/ Shanny J. Lee
                                    SHANNY J. LEE
                                    Attorneys for Plaintiff

**Order**

Based on the Stipulation of the parties, and for good cause shown, Plaintiff shall have up to and including December 4, 2012 to file her opening brief.  Additionally, Defendant shall have up to and including January 18, 2013 to file his responsive brief.

IT IS SO ORDERED.

Dated:   **November 5, 2012**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE