BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX,
Social Security Administration
ARMAND D. ROTH [CBN 214624]
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DEBRA L. NICHOLSON, | Civil No. 1:12-cv-00423-BAM |
| Plaintiff | **STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and** |
| v. | |
| Michael J. Astrue, | **REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |
| Commissioner of Social Security, | |
| Defendant | |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

      On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

      1. Provide the claimant with an opportunity for a new hearing;

2. Evaluate, give weight, and provide rationale for the weight given to the medical opinions in the record, including treating psychologist Carole Crofts, Ph.D., treating psychiatrist, Dwight W. Sievert, M.D., and the State agency consultants, in accordance with Social Security Ruling (SSR) 96-2p and 20 C.F.R. § 404.1527;

3. Re-assess the claimant's residual functional capacity; and

4. Re-assess the claimant's credibility in conjunction with the medical opinions of record and medical evidence as a whole.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Date:   January 14, 2013            */s/ Shanny J. Lee*
                                    Shanny J. Lee
                                    Attorney for Plaintiff

Date:   January 14, 2013            BENJAMIN B. WAGNER
                                    United States Attorney
                                    GRACE M. KIM
                                    Regional Chief Counsel, Region IX,
                                    Social Security Administration

                            By:     */s/ Armand D. Roth*
                                    ARMAND D. ROTH
                                    Special Assistant United States Attorney

Of Counsel, HEATHER M. MOSS
Assistant Regional Counsel, Social Security Administration

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and for cause shown, **IT IS ORDERED** that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated: **January 15, 2013**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE