BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8934
    Fax: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| DEBRA L. NICHOLSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,[1]<br><br>        Defendant. | Case No.: 1:12-cv-00423-BAM<br><br>**STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff will be awarded attorney fees in the amount of five-thousand, two-hundred and fifty dollars ($5,250.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and three-hundred and fifty dollars ($350.00) in costs under Taxation of Costs, 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. & Order for EAJA

-1-

1     After the Court issues an order for EAJA fees and costs to Plaintiff, the government will
2  consider any assignment of EAJA fees and costs to Plaintiff's attorney.  Pursuant to <u>Astrue</u> v.
3  <u>Ratliff</u>, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend
4  on whether the fees are subject to any offset allowed under the United States Department of the
5  Treasury's Offset Program.  After the order for EAJA fees and costs is entered, the government
6  will determine whether they are subject to any offset.

7     Fees and costs shall be made payable to Plaintiff, but if the Department of the Treasury
8  determines that Plaintiff does not owe a federal debt, then the government shall cause the
9  payment of fees to be made directly to the attorney, pursuant to any assignment executed by
10 Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

11    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
12 attorney fees and costs, and does not constitute an admission of liability on the part of Defendant
13 under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar
14 to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney
15 fees and costs in connection with this action.

16    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
17 Act attorney fees under 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

                                  Respectfully submitted,

Date: March 28, 2013              */s/ Shanny Lee*
                                  (As authorized by e-mail)
                                  Shanny J. Lee
                                  Attorney for Plaintiff

Date: March 28, 2013              BENJAMIN B. WAGNER
                                  United States Attorney
                                  GRACE M. KIM
                                  Regional Chief Counsel, Region IX,
                                  Social Security Administration

                            By:   */s/ Shea Bond*
                                  SHEA LITA BOND
                                  Special Assistant United States Attorney

Stip. & Order for EAJA

**ORDER**

Based on the Stipulation of the parties (Doc. 18), Plaintiff will be awarded attorney fees in the amount of five-thousand, two-hundred and fifty dollars ($5,250.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and three-hundred and fifty dollars ($350.00) in costs under Taxation of Costs, 28 U.S.C. § 1920.  The payments shall be made in accordance with the parties' stipulation.

IT IS SO ORDERED.

Dated:   **April 1, 2013**                        /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE

Stip. & Order for EAJA

-3-